**FILED**

05/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0600

_____

SALVATRICE MUSCLE,

     Plaintiff and Appellant,

  v.                                       O R D E R

ANTONIO SANTIN, M.D.,

     Defendant and Appellee.

_____

On January 20, 2023, this Court returned Appellant's opening brief for failure to comply with several of the applicable Montana Rules of Appellate Procedure and ordered Appellant to correct the brief prior to refiling. However, we further noted that the brief was prematurely filed as no transcripts had been filed and the record on appeal was thus not complete. We ordered Appellant to correct and refile the brief within 30 days after the date on which the remainder of the record, specifically the transcripts, was filed.

On May 4, 2023, this Court issued an Order asserting that Appellant's brief was now overdue. This was in error, as no transcripts have been filed with this Court and thus the record on appeal remains incomplete.

However, the Notice of Appeal in this matter was filed on October 21, 2022, and pursuant to M. R. App. P. 9(1), the transcripts were due 40 days thereafter. Although Appellant indicated at the time she filed the Notice of Appeal that she anticipated difficulty in obtaining the transcripts, no requests for extension of time, or District Court orders granting extension of time for completion of transcripts, have subsequently been filed in this Court.

IT IS THEREFORE ORDERED that this Court's May 4, 2023 Order setting a deadline of June 1, 2023, for Appellant's Opening Brief is RESCINDED and WITHDRAWN.

IT IS FURTHER ORDERED that, on or before June 1, 2023, Appellant shall file a report on the status of this appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record and to court reporter Anne Perron.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2023